UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| Aaron Booth, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> Galveston County *et al.*, <br><br> Defendants. | Civil Action No. 18-cv-00104 |

**[PROPOSED]**
**ORDER**

Upon consideration of Plaintiff's Motion for Preliminary Injunction, it is

ORDERED that the motion is GRANTED.

Ordered this _____ day of _____, 2018.

_____

JUDGE PRESIDING