UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| AARON BOOTH, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>GALVESTON COUNTY, et al.<br><br>*Defendants*. | §<br>§<br>§<br>§ Case No. 3:18-cv-00104<br>§<br>§<br>§<br>§ |

### DEFENDANTS' ADVISORY REGARDING COMPLIANCE
### WITH CASE MANAGEMENT ORDER

Defendants Galveston County; John Grady, Barbara Roberts, and Jack Ewing (Misdemeanor Judges); Stephen Baker, Kerri Foley and James Woltz (Magistrates); and Jack Roady (District Attorney) jointly file this Advisory regarding their compliance with the Court's Management Order (Dkt. 28).

1. The Court's May 1 Order directed a response from Defendants as to Plaintiff Booth's Motion for Class Certification (Dkt. 2) and Plaintiff's Motion for Leave to File Motion for Preliminary Injunction in Excess of 25 Pages (Dkt. 3). Since the Court's Order, Plaintiff has filed an Amended Complaint (Dkt. 31) joining an additional named plaintiff, Cody Tucker. Further, Plaintiffs Booth and Tucker have filed an Amended Motion for Class Certification (Dkt. 32).

2. These Defendants therefore advise the Court, to comply with the May 1 Order, that the Motion for Class Certification (Dkt. 2) is mooted by the Amended Complaint and Amended Motion. Defendants (except the Misdemeanor Judges) further advise the Court that they do not oppose Plaintiff's Motion for Leave to File Motion for Preliminary Injunction in Excess of 25 Pages and made Plaintiff aware of that position.

3. These Defendants, by filing this Advisory, do not waive their right to file a response, motion, or pleading in answer to Plaintiffs' Amended Complaint on their appearance date under Rule 4(d)(3) or Rule 12(b).

        MILLS SHIRLEY L.L.P.

        By: *s/ George W. Vie III*
            George W. Vie III
        Fed Id. 12402
        State Bar No. 20579310
        2228 Mechanic Street, Suite 400
        Galveston, Texas 77550
        Tel: 713.571.4232
        Fax: 713.571.4232
        *gvie@millsshirley.com*

        Attorneys for John Grady, Barbara Roberts, and Jack Ewing, Galveston County Court at Law Judges

McLEOD, ALEXANDER, POWEL & APFFEL,
A Professional Corporation

/s/ *Douglas W. Poole*
Douglas W. Poole
Texas State Bar No. 16115600
Southern District of Texas No. 619
802 Rosenberg, P.O. Box 629
Galveston, Texas  77553
409.763.2481, Ext. 116
Fax 409.762.1155
dwpoole@mapalaw.com

Attorneys for Defendants, Galveston County Magistrate Judges

Respectfully submitted,

AKERMAN, LLP

/s/ Joseph M. Nixon
Joseph M. Nixon
Federal Bar No. 1319
Texas State Bar No. 15244800
joe.nixon@akerman.com
1300 Post Oak Blvd., Suite 2500
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

/s/ James E. Trainor, III
James E. "Trey" Trainor, III
Texas State Bar No. 24042052
trey.trainor@akerman.com
700 Lavaca Street Suite 1400
Austin, Texas 78701
Telephone: (512) 623-6700
Facsimile: (512) 623-6701

Attorneys for Galveston County, Texas

Respectfully Submitted,

GREER, HERZ & ADAMS, L.L.P.


By: /s/ Andrew Mytelka
Andrew Mytelka
Fed. ID No. 11084
State Bar No. 14767700
amytelka@greerherz.com
Joseph Russo
Fed. ID No. 22559
State Bar No. 24002879
jrusso@greerherz.com
Angie Olalde
Fed. ID No. 690133
State Bar No. 24049015
aolalde@greerherz.com
1 Moody Plaza, 18th Fl.
Galveston, TX 77550-7947
(409) 797-3200 (Telephone)
(866) 422-4406 (Facsimile)

Attorneys for Defendant Jack Roady

## CERTIFICATE OF SERVICE

The undersigned certifies that service on known Filing Users will be automatically accomplished through the Notice of Electronic Filing.


*s/ George W. Vie III*
George W. Vie III