UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| AARON BOOTH | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:18–CV–00104 |
| | § | |
| GALVESTON COUNTY, ET AL. | § | |
| | § | |
| Defendants. | § | |

# ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Pending before the Court is the Memorandum and Recommendation of United States Magistrate Judge Andrew Edison. Dkt. 213. The case was referred to Judge Edison pursuant to 28 U.S.C. § 636(b)(1). *See* Dkt. 102. Pending before Judge Edison was Plaintiffs' Amended Motion for Class Certification (Dkt. 32).

Defendants jointly filed Objections to the Memorandum and Recommendation. *See* Dkt. 226. In accordance with 28 U.S.C. § 636(b)(1), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*.; *see also* Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record and the applicable law, the Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 213) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiffs' Amended Motion for Class Certification (Dkt. 32) is **GRANTED**; and

(3) The following class **IS CERTIFIED** under Rule 23(b)(2): "all people who are or will be detained in Galveston County Jail on felony and state-jail felony charges because they are unable to pay secured bail set at magistration."

It is so **ORDERED**.

SIGNED at Galveston, Texas, this 28th day of March, 2019.

_____
George C. Hanks Jr.
United States District Judge