United States District Court
Southern District of Texas
**ENTERED**
July 16, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| AARON BOOTH, ET AL. | § | |
| | § | |
| Plaintiffs. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:18–CV–00104 |
| | § | |
| GALVESTON COUNTY, ET AL. | § | |
| | § | |
| Defendants. | § | |

## ORDER

On July 15, 2019, Defendants filed a Partially Unopposed Request to Suspend Scheduling Order Deadlines, seeking to suspend "all deadlines, including the deadline for filing dispositive motions, until a ruling issues from the Fifth Circuit Court of Appeals in cause number 19-40395." *See* Dkt. 262. The request is **GRANTED**. All deadlines are suspended. The Court will revisit this issue, if necessary, after ruling on preliminary injunctive relief.

SIGNED at Galveston, Texas, this 16th day of July, 2019.

ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE