UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| Aaron Booth, et al. | § § | |
| *versus* | § § | Civil Action 3:18−cv−00104 |
| Galveston County, et al. | § | |

## NOTICE OF SETTING

A telephonic Pre−Motion Conference is set at the following date and time:

**9/12/2019 at 09:30 AM CST**
**before Magistrate Judge Andrew M Edison**

Request for Pre−Motion Conference − #280
Please call the Court's conference line **ten minutes** prior to the scheduled hearing.

      Dial in Number: 409-763-7881
      Conference ID: 37881#
      Password: 13579#

Date:   September 11, 2019

                                                                                 David J. Bradley, Clerk