United States District Court
Southern District of Texas
**ENTERED**
September 12, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| AARON BOOTH | § | |
| Plaintiff. | § § § | |
| VS. | § § | CIVIL ACTION NO. 3:18–CV–00104 |
| GALVESTON COUNTY, ET AL. | § § § | |
| Defendants. | § § | |

## ORDER

On September 11, 2019, the Court entered a Preliminary Injunction. *See* Dkt. 279. That same day, the District Court Judges filed a letter requesting that the Court "stay the injunction for 30 days" to give them additional time to create and implement a compliance plan. Dkt. 280. Although the Court is sensitive to the District Court Judges' argument, the Court declines to stay the Preliminary Injunction for 30 days. The Preliminary Injunction (Dkt. 279) shall take effect on September 25, 2019.

It is so **ORDERED**.

SIGNED this day 12th day of September, 2019.

_____
George C. Hanks Jr.
United States District Judge