UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| Aaron Booth, et al. | § § | |
| *versus* | § § | Case Number: 3:18−cv−00104 |
| Galveston County, et al. | § § | |

## Notice Vacating Reassignment

     This case was reassigned to the docket of United States District Judge Jeffrey V. Brown in error. The reassignment is **vacated**, and the case is returned to the docket of United States District Judge George C. Hanks, Jr.

Date: September 16, 2019

David J. Bradley, Clerk