IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| AARON BOOTH, *Plaintiff,* | § § § | |
| v. | § | Civil Action No. 3:18-cv-104 |
| GALVESTON COUNTY, *et al.*, *Defendants.* | § § § § | |

**NOTICE OF APPEAL
TO THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

Notice is hereby given that the Defendants, Hon. Kerry Neves, Hon. Lonnie Cox, Hon. John Ellisor, Hon. Patricia Grady, Hon. Anne B. Darring, and Hon. Jared Robinson, appeal to the United States Court of Appeals for the Fifth Circuit from the Order Adopting Magistrate Judge's Memorandum and Recommendation & Preliminary Injunction, entered on the docket of this case on September 11, 2019 (Dkt. 279).

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief - General Litigation Division

/s/ *Adam Arthur Biggs*
ADAM ARTHUR BIGGS
Attorney-in-Charge
State Bar No. 24077727 | So. Dist. ID: 2964087
ENRIQUE M. VARELA
State Bar No. 24043971 | So. Dist. ID: 597626
DOMINIQUE G. STAFFORD
State Bar No. 24079382 | So. Dist. ID: 3195055
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2120 | Fax (512) 370-0667
Adam.Biggs@oag.texas.gov
Enrique.Varela@oag.texas.gov
Dominique.Stafford@oag.texas.gov

FRANCESCA A. DI TROIA
Assistant Attorney General
State Bar No. 24097596 | So. Dist. ID: 3278381
Office of the Attorney General
Tort Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080/ Fax (512) 370-9410
Francesca.DiTroia@oag.texas.gov

**Attorneys for Defendants Darring, Ellisor, Cox, Grady, Neves, and Robinson**

## CERTIFICATE OF SERVICE

      I hereby certify that on September 17, 2019, a true and correct copy of the foregoing document has been electronically filed with the Clerk of the Court using the electronic case filing system with the Court which automatically provided notice to all attorneys of record.

                                        /s/ *Adam Arthur Biggs*
                                        ADAM ARTHUR BIGGS
                                        Assistant Attorney General