UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| AARON BOOTH | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. No. 3:18-cv-104 |
| | § | |
| GALVESTON COUNTY, *et al.,* | § | |
|    *Defendant.* | § | |

_____

**NOTICE OF APPEAL
TO THE UNITED STATES OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

Notice is hereby given that the Defendant, Galveston County, Texas appeals to the United States Court of Appeals for the Fifth Circuit from the Order Adopting Magistrate Judge's Memorandum and Recommendation & Preliminary Injunction, entered on the docket of this case on September 11, 2019 (Dkt. 279).

                                              Respectfully submitted,

                                              THE NIXON LAW FIRM PC

                                              s/ *Joseph M. Nixon*
                                              Joseph M. Nixon
                                              Federal Bar No. 1319
                                              State Bar No. 15244800
                                              joe@nixonlawtx.com
                                              6363 Woodway, Suite 800
                                              Houston, TX 77057
                                              Tel: 713-550-7535
                                              Attorney-In-Charge

1

2

>Paul A. Ready
>Ready Law Firm, PLLC
>1300 McGowen St., Suite 120
>Houston, TX  77004
>
>**ATTORNEYS FOR**
>**GALVESTON COUNTY, TEXAS**

## CERTIFICATE OF SERVICE

I certify that on September 25, 2019, a true and correct copy of the foregoing document has been electronically filed with the Clerk of Court using the electronic case filing system with the Court which automatically provided notice to all attorneys of record.

>/s/ Joseph M. Nixon
>Joseph M. Nixon
>Attorney-In-Charge