IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| Aaron Booth, on behalf of himself and all others similarly situated,<br> Plaintiff, | §<br>§<br>§<br>§ | |
| vs. | §<br>§ | Civil Action No. 3:18-cv-00104 |
| Galveston County, et al.,<br> Defendants. | §<br>§ | |

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Notice is hereby given that Defendant Jack Roady, as Criminal District of Attorney for Galveston County, appeals to the United States Court of Appeals for the Fifth Circuit from the September 11, 2019 Order Adopting Magistrate Judge's Memorandum and Recommendation & Preliminary Injunction (Dkt. 279).

1

        Respectfully Submitted,

        GREER, HERZ & ADAMS, L.L.P.

By:   /s/ *Angie Olalde* _____
        Andrew Mytelka
        Fed. ID No. 11084
        State Bar No. 14767700
        amytelka@greerherz.com
        Joseph Russo
        Fed. ID No. 22559
        State Bar No. 24002879
        jrusso@greerherz.com
        Angie Olalde
        Fed. ID No. 690133
        State Bar No. 24049015
        aolalde@greerherz.com
        1 Moody Plaza, 18th Fl.
        Galveston, TX 77550-7947
        (409) 797-3200 (Telephone)
        (866) 422-4406 (Facsimile)

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of this document has been served on all attorneys of record on October 10, 2019 via the Court's electronic notification service.

        /s/ *Angie Olalde* _____