United States District Court
Southern District of Texas
**ENTERED**
November 07, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| AARON BOOTH, § § Plaintiff. § § VS. § GALVESTON COUNTY, ET AL., § § Defendants. § | CIVIL ACTION NO. 3:18–CV–00104 |

## AMENDED DOCKET CONTROL ORDER

### DEADLINES

1. November 20, 2019 — **PLAINTIFF'S DEADLINE TO FILE MOTION TO AMEND COMPLAINT**

2. November 26, 2019 — **DEFENDANTS' DEADLINE TO OPPOSE PLAINTIFF'S MOTION TO AMEND COMPLAINT**

3. December 3, 2019 — Date by which Court will issue a ruling on Motion to Amend Complaint

4. December 20, 2019 — **DEFENDANTS' DEADLINE TO FILE RULE 12(b)(1) MOTION**

5. January 10, 2020 — **PLAINTIFF RESPONDS TO THE RULE 12(b)(1) MOTION**

6. January 17, 2020 — **DEFENDANTS REPLY IN SUPPORT OF THE RULE 12(b)(1) MOTION**

7. January 30, 2020 at 10:00 am — **ORAL HEARING ON DEFENDANTS' RULE 12(B)(1) MOTION**

8. May 15, 2020 — Identification of plaintiff's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

9. June 19, 2020 — Identification of defendant's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

10. July 24, 2020         **COMPLETION OF DISCOVERY** Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

11. July 31, 2020         **DISPOSITIVE MOTIONS** Parties wishing to file dispositive motions must still follow the pre-motion conference requirements set forth in Section 6 of the local court procedures.

Signed in Galveston, Texas this 7th day November, 2019.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE