United States District Court
Southern District of Texas
**ENTERED**
December 03, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| AARON BOOTH, ET AL. | § | |
| | § | |
| Plaintiffs. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:18–CV–00104 |
| | § | |
| GALVESTON COUNTY, ET AL. | § | |
| | § | |
| Defendants. | § | |

**ORDER STAYING AND**
**ADMINISTRATIVELY CLOSING CASE**

Before me is Plaintiff's Motion for Leave to Amend the Complaint (Dkt. 305) and

Defendants' Motion to Stay (Dkt. 308).  Having considered the parties' arguments, the

record, and the applicable law, I rule and order as follows:

- Plaintiff's Motion for Leave to Amend the Complaint (Dkt. 305) is **DENIED**

without prejudice to Plaintiff refiling his request after the Fifth Circuit rules;

- Defendants' Motion to Stay (Dkt. 308) is **GRANTED**.  All pending

deadlines are **STAYED**, discovery is **STAYED**, and this case is

**ADMINISTRATIVELY CLOSED** until the Fifth Circuit rules on the class

certification issue; and

- The temporary injunction currently in place remains in full force and effect

during this stay.

SIGNED at Galveston, Texas, this 3rd day of December, 2019.

ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE