# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
*August 03, 2022*
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
July 12, 2022
Lyle W. Cayce
Clerk

No. 19-40395

---

AARON BOOTH, *on behalf of* HIMSELF and ALL OTHERS SIMILARLY SITUATED,

                                      *Plaintiff—Appellee,*

*versus*

GALVESTON COUNTY; HONORABLE KERRY NEVES; HONORABLE LONNIE COX; HONORABLE JOHN ELLISOR; HONORABLE PATRICIA GRADY; HONORABLE ANNE B. DARRING; HONORABLE KERRI FOLEY; HONORABLE JAMES WOLTZ; DISTRICT ATTORNEY JACK ROADY; STEPHEN W. BAKER; HONORABLE JARED ROBINSON,

                                      *Defendants—Appellants.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:18-CV-104

---

Before HIGGINBOTHAM, HAYNES, and WILSON, *Circuit Judges.*

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

Certified as a true copy and issued
as the mandate on Aug 03, 2022

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

IT IS ORDERED and ADJUDGED that the judgment of the District Court is VACATED and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

August 03, 2022

Mr. Nathan Ochsner  
Southern District of Texas, Galveston  
United States District Court  
601 Rosenberg Street  
Room 411  
Galveston, TX 77550-0000

      No. 19-40395    Booth v. Galveston County  
                        USDC No. 3:18-CV-104

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____  
                              Rebecca L. Leto, Deputy Clerk  
                              504-310-7703

cc:  Mr. Andrew David Bergman  
     Mr. Brandon Buskey  
     Mr. Bryan R. Lasswell  
     Mr. Philip A. Lionberger  
     Mr. Andrew Jan Mytelka  
     Mr. Christopher Odell  
     Ms. Angela K. Olalde  
     Mr. Douglas W. Poole  
     Mr. Paul A. Ready  
     Mr. Joseph R. Russo Jr.  
     Mr. Andre Segura  
     Ms. Hannah DeMarco Sibiski  
     Ms. Trisha Trigilio