Case 3:18-cv-00104   Document 364   Filed on 07/17/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 17, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| AARON BOOTH, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:18-cv-00104 |
| | § | |
| GALVESTON COUNTY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On July 5, 2023, I recommended that this matter be dismissed as moot. *See* Dkt. 360. Before the time to object to my memorandum and recommendation expired, Plaintiff requested that this case be stayed pending a potential appeal from and potential Supreme Court review of *Daves v. Dallas County*, No. 18-11368 (5th Cir. Mar. 31, 2023). *See* Dkt. 361. Defendants oppose this request, arguing that where, as here, "'the court determines . . . that it lacks subject-matter jurisdiction, the court must dismiss the action.'" Dkt. 363 at 1 (quoting FED. R. CIV. P. 12(h)). I agree with Defendants—to stay this litigation would be to continue the exercise of jurisdiction that binding Fifth Circuit precedent says this Court does not have. *See Gregory v. Mitchell*, 634 F.2d 199, 204 n.2 (5th Cir. 1981) (holding that "where the Court does not have jurisdiction, it cannot retain jurisdiction"). Plaintiff's Motion to Stay (Dkt. 361) is **DENIED**. Plaintiff's objections, if any, to my July 5, 2023 memorandum and recommendation are due by July 27, 2023.

SIGNED this 17th day of July 2023.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE