United States District Court
Southern District of Texas
**ENTERED**
August 11, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| AARON BOOTH, *on behalf of himself and all others similarly situated*, | § § § § | |
| Plaintiffs. | § § | CIVIL ACTION NO. 3:18-CV-00104 |
| V. | § § | |
| GALVESTON COUNTY, *et al.*, | § § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On September 21, 2018, all dispositive and non-dispositive pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B)-(C). Dkt. 102. Judge Edison filed a Memorandum and Recommendation on July 5, 2023, recommending that the motions to dismiss filed by the Galveston County Magistrate Judges, the Galveston County District Court Judges, the Criminal District Attorney for Galveston County, and Galveston County (Dkts. 331, 333, 336–337) be **GRANTED**. *See* Dkt. 360.

On July 27, 2023, Aaron Booth filed his Objections. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 360) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Galveston County Magistrate Judges', the Galveston County District Court Judges', the Criminal District Attorney for Galveston County's, and Galveston County's motions to dismiss (Dkts. 331, 333, 336–337) are **GRANTED**.

It is so **ORDERED**.

SIGNED and ENTERED this 11th day of August 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE