United States District Court
Southern District of Texas
**ENTERED**
August 11, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| AARON BOOTH, *on behalf of himself and all other similarly situated*, § § § § Plaintiffs. § § V. § § GALVESTON COUNTY, *et al.*, § § Defendants. § | CIVIL ACTION NO. 3:18-cv-00104 |

## FINAL JUDGMENT

Pursuant to the Court's Order Adopting Magistrate Judge's Memorandum and Recommendation, it is ordered that this matter is dismissed.

This is a final judgment.

The Clerk will provide copies of this judgment to the parties.

SIGNED this 11th day of August 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE